**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff
MOISES VILLALOBOS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>         Plaintiff,<br><br>    vs.<br><br>GREEN LIGHT USED AUTO PARTS, INC.; DANIELLE L. MARX, AS TRUSTEE OF THE DANIELLE L. MARX LIVING TRUST; and DOES 1 to 10,<br><br>         Defendants. | Case No.: 2:24-cv-03752-SPG (JCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MOISES VILLALOBOS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 22, 2024          **SO. CAL. EQUAL ACCESS GROUP**

By:  */s/ Jason J. Kim*
     Jason J. Kim, Esq.
     Attorneys for Plaintiff